**Jani HOLT, Appellant,**

v.

**CITY OF COLUMBIA, Missouri, Respondent.**

**No. WD 70314.**

Missouri Court of Appeals, Western District.

Jan. 26, 2010.

Scott T. Jansen, Jefferson City, MO, for Appellant.

Jeffrey H. Blaylock, Susan Ford Robertson, Columbia, MO, for Respondent.

Before Division III: JAMES E. WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

Note—1983, Missouri Supreme Court Rules (2009).

### Order

PER CURIAM.

This is an appeal from a final judgment entered by the Circuit Court of Cole County in favor of the City of Columbia, Missouri. The judgment of the circuit court affirmed a decision by the City Manager of the City of Columbia approving the termination of former Columbia police officer Jani Holt. We also affirm the City Manager's decision. Rule 84.16(b).